UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| VS. | : | NO: 3:17-mj-00500(JGM) |
| THOMAS M. MURTHA, | : | |
| Defendant. | : | June 19, 2017 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned counsel for the defendant Thomas Murtha moves to withdraw his appearance for the reason that the attorney-client relationship has broken down irretrievably and as a result the undersigned will not be able to render effective assistance of counsel to Mr. Murtha.

Undersigned counsel requests that the Court appoint counsel for Mr. Murtha, since he is unable to afford to retain counsel.

I hereby certify that I have orally communicated the substance of this motion to withdraw appearance to Thomas Murtha on June 19, 2017 and sent him a copy of this motion by electronic communication.

For these reasons it is requested that the Court schedule a hearing so that undersigned counsel can withdraw his appearance and that new counsel be appointed for Mr. Murtha.

BY _____
ANDREW B. BOWMAN
Fed. Bar No: ct00122
1804 Post Road East
Westport, CT 06880
(203) 259-0599
(203) 255-2570 (Fax)
e-mail:andrew@ andrewbowmanlaw.com

## CERTIFICATION

This is to certify that on this 19th day of June, 2017, a copy of the foregoing Motion to Withdraw Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Andrew B. Bowman               .
ANDREW B. BOWMAN